UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BOARD OF TRUSTEES OF THE
UNITED UNION OF ROOFERS,
WATERPROOFERS & ALLIED
WORKERS LOCAL UNION NO. 8
W.B.P. & A. FUNDS,

          Plaintiffs,

          - against -

DANA RESTORATION, INC.,

          Defendant.
------------------------------------------------------------------X

ORDER
09-CV-1076 (RRM) (ALC)

MAUSKOPF, United States District Judge.

      By Motion filed October 1, 2009, Plaintiffs moved for default judgment. By Order entered December 2, 2009, this Court referred that motion to the assigned Magistrate Judge, the Honorable Judge Carter, for a Report and Recommendation. On September 14, 2010, Judge Carter issued a Report and Recommendation (the "R&R") recommending that Plaintiff's motion be granted, but denying damages without prejudice. Judge Carter reminded the parties that, pursuant to Rule 72(b), any objection to the R&R was due September 28, 2010. No party has filed any objection.

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is hereby ORDERED that Plaintiff's motion for default judgment is GRANTED.

                                              SO ORDERED.

Dated: Brooklyn, New York
       September 30, 2010                                              /s/_____
                                                                 ROSLYNN R. MAUSKOPF
                                                                 United States District Judge